*Walsh,* 1972, 3 Ill.App.3d 1042, 279 N.E.2d 739, 741, there is no approval of any relaxation of Supreme Court Rule 402, but the error, under the circumstances of this case, is not of sufficient magnitude to require reversal.

Judgment affirmed.

T. MORAN and ABRAHAMSON, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOSEPH A. SEGNERI, Defendant-Appellant.

(No. 71-180; )

Second District—July 21, 1972.

Opinion by Mr. JUSTICE GUILD.

Ralph Ruebner and Paul Bradley, both of Defender Project, of Elgin, for appellant.

William R. Ketcham, State's Attorney, of Elgin, for the People.